NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
nsantoro@santoronevada.com
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
opancheri@santoronevada.com
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
jsmith@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:    702/948-8771
Facsimile:    702/948-8773

*Attorneys for Plaintiff Desert Palace, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DESERT PALACE, INC., d/b/a CAESARS PALACE, a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW P. MICHAEL, an individual; DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>　　　　　Defendants.<br>―――――――――――――――――――――<br>ANDREW P. MICHAEL, an individual,<br><br>　　　　　Counterclaimant,<br><br>　v.<br><br>DESERT PALACE, INC., d/b/a CAESARS PALACE, a Nevada corporation; ROE CORPORATIONS 1 through 10, inclusive,<br><br>　　　　　Counterdefendant. | Case No.: 2:16-cv-0462-JAD-(GFW)<br><br>(From District Court, Clark County, Nevada, Case No. A-15-720492-C)<br><br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S ANSWER AND COUNTERCLAIM** |

　　　Plaintiff DESERT PALACE, INC. a Nevada corporation doing business as CAESARS PALACE ("*Caesars*" or "*Plaintiff*"), by and through its attorneys of record, Nicholas J. Santoro, Esq., Oliver J. Pancheri, and Jason D. Smith, Esq., of the law firm of SANTORO WHITMIRE, and Defendant ANDREW P. MICHAEL ("*Michael*" or "*Defendant*"), by and

through his attorneys of record, Kenneth E. Hogan, Esq. and Jeffrey L. Hulet, Esq. of the law firm of Hogan Hulet PLLC, stipulate and agree, and request the Court's entry of an Order regarding the following:

1. On June 25, 2015, Plaintiff commenced the action against Defendant by filing a Complaint in state court. On March 3, 2016, Defendant filed his Notice of Removal. On March 9, 2016, Defendant filed his Answer and Counterclaim. Plaintiff's response to the Answer and Counterclaim is due Monday, April 4, 2016.

2. The parties hereby stipulate and agree to extend Plaintiff's deadline to file a response to the Answer and Counterclaim for one week; specifically, that Plaintiff's deadline to file a response shall be extended up and through Monday, April 11, 2016.

3. The parties respectfully request the Court's entry of an Order extending Plaintiff's deadline as set forth above.

Dated this 4th day of April, 2016.

| SANTORO WHITMIRE | HOGAN HULET PLLC |
|---|---|
| /s/ Jason D. Smith | /s/ Kenneth E. Hogan |
| NICHOLAS J. SANTORO, ESQ.<br>Nevada Bar No. 532<br>OLIVER J. PANCHERI, ESQ.<br>Nevada Bar No. 7476<br>JASON D. SMITH, ESQ.<br>Nevada Bar No. 9691<br>101000 W. Charleston Blvd., Suite 250<br>Las Vegas, Nevada 89135<br>Tel.: (702) 948-8771 / Fax: (702) 948-8773<br>Email: nsantoro@santoronevada.com<br>opancheri@santoronevada.com<br>jsmith@santoronevada.com<br>*Attorneys for Plaintiff Desert Palace, Inc.* | KENNETH E. HOGAN, ESQ.<br>Nevada Bar No. 10083<br>JEFFREY L. HULET, ESQ.<br>Nevada Bar No. 10621<br>7450 Arroyo Crossing Parkway, Suite 270<br>Las Vegas, Nevada 89113<br>Tel.: (702) 800-5482 / Fax: (702) 800-5482<br>Email: ken@h2legal.com<br>jeff@h2legal.com<br>*Attorneys for Defendant Andrew P. Michael* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: April 5, 2016

*Sidebar:* SANTORO WHITMIRE / 10100 W. Charleston Blvd., Suite 250, Las Vegas, Nevada 89135 / (702) 948-8771 – fax (702) 948-8773

- 2 -