1
2
3
4                      **UNITED STATES DISTRICT COURT**
5                          **DISTRICT OF NEVADA**
6
7    DESERT PALACE, INC., d/b/a CAESARS          )
     PALACE,                                     )
8                                                )
                     Plaintiff,                  )     Case No. 2:16-cv-00462-JAD-GWF
9                                                )
     vs.                                         )     **ORDER**
10                                               )
     ANDREW P. MICHAEL,                          )
11                                               )
                     Defendant.                  )
12   _____ )

13          This matter is before the Court on the parties' Stipulation to Remove Plaintiff's Motion from

14   Calendar (ECF No. 37), filed on December 19, 2016.  Upon review and consideration, and with good

15   cause appearing therefor,

16          **IT IS HEREBY ORDERED** that the parties' Stipulation to Remove Plaintiff's Motion from

17   Calendar (ECF No. 37) is **granted**.

18          **IT IS FURTHER ORDERED** that based on the parties' stipulation, Plaintiff's Motion to

19   Compel Discovery (ECF No. 21) is **VACATED**.  If the parties are unable to resolve the issues in

20   Plaintiff's motion to compel, Plaintiff may renew its motion and the Court will reschedule a hearing

21   and rule on the briefs already submitted by the parties.

22          DATED this 19th day of December, 2016.

23
24   _____
     GEORGE FOLEY, JR.
25   United States Magistrate Judge
26
27
28