# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DESERT PALACE, INC., d/b/a CAESARS PALACE,<br><br>          Plaintiff,<br><br>vs.<br><br>ANDREW P. MICHAEL,<br><br>          Defendant. | Case No. 2:16-cv-00462-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for Leave to File Its Opposition to Defendant's Motion to Continue Filing Deadlines and Hearing Under Seal (ECF No. 52), filed on January 13, 2017. Plaintiff asserts that its opposition "cites and quotes from documents that the parties have identified as containing sensitive business customer information involving the Defendant" pursuant to the stipulated protective order. *Motion* (ECF No. 52), pgs. 1:27-2:1. Plaintiff further asserts that it has narrowly tailored its redactions to seal only the sensitive information. *Id.* at pg. 2. Based on Plaintiff's representations and the Court's review of the sealed opposition, the Court finds good cause to grant Plaintiff's request. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Its Opposition to Defendant's Motion to Continue Filing Deadlines and Hearing Under Seal (ECF No. 52) is **granted**.

DATED this 19th day of January, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge