HOGAN HULET PLLC
KENNETH E. HOGAN
Nevada Bar No. 10083
E-mail: ken@h2legal.com
JEFFREY L. HULET
Nevada Bar No. 10621
E-mail: Jeff@h2legal.com
1140 N Town Center Drive, Suite 300
Las Vegas, Nevada 89144
Tel: (702) 800-5482
*Attorneys for Defendant*
*ANDREW P. MICHAEL*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DESERT PALACE, INC., d/b/a CAESARS PALACE, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW P. MICHAEL, an individual; DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendant.<br><hr>ANDREW P. MICHAEL, an individual,<br><br>Counterclaimant,<br><br>vs.<br><br>DESERT PALACE, INC., d/b/a CAESARS PALACE, a Nevada corporation<br><br>Defendant. | CASE NO. 2:16-cv-00462-JAD-GWF<br><br>Formerly Case No. A-15-720492-C, Eighth Judicial District in and for Clark County, Nevada<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE AND REPLY RE: DKT 63 (MSJ)**<br><br>(First Request to Extend Case Deadlines)<br><br>[ECF No. 73] |

Plaintiff Desert Palace, Inc., by and through its undersigned counsel, and Defendant Andrew P. Michael ("Defendant"), by and through his undersigned counsel hereby request and stipulate that the time for Defendant to file a responsive brief to the Motion for Summary

1

Judgment (Dkt. 63) filed by Plaintiff on 2/28/2017, be extended one week from the original due date of March 21, 2017 to March 28, 2017, with any reply thereto to be filed on April 4, 2017. The stipulation was entered due to an unexpected hospitalization within defense counsel's family.

IT IS SO STIPULATED.

Dated this 16th day of March 2017.

By: /s/Kenneth E. Hogan
KENNETH E. HOGAN
JEFFRY L. HULET
1140 N Town Center Drive, Ste 300
Las Vegas, Nevada 89144
*Attorneys for Andrew Michael*

Dated this 16th day of March 2017.

By: /s/ Jason D. Smith
NICHOLAS J. SANTORO
JASON D. SMITH
10100 W. Charleston Blvd, Ste 250
Las Vegas, Nevada 89135
*Attorney for Desert Palace, Inc.*

## ORDER

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED: March 17, 2017