NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
opancheri@santoronevada.com
jsmith@santoronevada.com

*Attorneys for Plaintiff/Counterdefendant Desert Palace, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DESERT PALACE, INC., d/b/a CAESARS PALACE, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW P. MICHAEL, an individual; DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants.<br>ANDREW P. MICHAEL, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>DESERT PALACE, INC., d/b/a CAESARS PALACE, a Nevada corporation; ROE CORPORATIONS 1 through 10, inclusive,<br><br>Counterdefendant. | Case No.: 2:16-cv-0462-JAD-GFW<br><br>(From District Court, Clark County, Nevada, Case No. A-15-720492-C)<br><br>**STIPULATED AND PROPOSED ORDER TO EXTEND TIME TO FILE BILL OF COSTS AND MOTION FOR ATTORNEY'S FEES**<br>**(First Request)**<br><br>ECF No. 79 |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff/Counterdefendant DESERT PALACE, INC. ("Plaintiff") and Defendant/Counter-claimant ANDREW P.

1 MICHAEL ("Defendant") (together, the "Parties"), by and through their respective undersigned

2 counsel, as follows:

3 **WHEREAS**, on June 22, 2017, the Court entered its Order on Motions for Summary

4 Judgment and Plaintiff's Objections to Magistrate Judge's Order (the "Summary Judgment

5 Order") [ECF No. 77];

6 **WHEREAS**, the Summary Judgment Order did not resolve all of the claims and

7 counterclaims pending in the case;

8 **WHEREAS**, the Court has scheduled a mandatory settlement conference on August 30,

9 2017 to resolve any remaining claims and issues;

10 **WHEREAS**, the Parties agree that the deadline under LR 54-14 for the filing of a motion

11 for attorney's fees was not triggered by the Summary Judgment Order because it did not dispose

12 of all of the claims and counterclaims pending in this matter;

13 **WHEREAS**, a question exists as to whether the deadline under LR 54-1 for filing a bill

14 of costs was potentially triggered by the Summary Judgment Order;

15 **WHEREAS**, the Parties agree that interests of judicial economy are best served by

16 extending the deadline for filing a bill of costs and a motion for attorney's fees until after all of

17 the claims and counterclaims pending in this matter have been finally resolved;

18 **IT IS HEREBY STIPULATED AND AGREED** by and between the Parties that the

19 deadlines under LR 54-1 and LR 54-14 for filing a bill of costs and any motion for attorney's

20 fees are hereby extended (to the extent that either deadline was triggered by the Summary

21 Judgment Order) to 14 days after the entry of the final judgment or other order disposing of this

22 matter in its entirety including all claims and counterclaims;

23 **IT IS HEREBY FURTHER STIPULATED AND AGREED** that by entering into this

24 Stipulation and Order neither Party is conceding that the deadlines under LR 54-1 or LR 54-14

25 were, or were not, triggered by the Summary Judgment Order. Rather, the Parties enter into this

26 Stipulation and Order solely out of an abundance of caution and to avoid motion practice

27 regarding a potentially premature bill of costs and/or motion for attorney's fees. This Stipulation

28 and Order shall not prevent the Parties from filing a bill of costs and/or a motion for attorney's

**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250, Las Vegas, Nevada 89135
(702) 948-8771 – fax (702) 948-8773

fees at any time prior to the deadline set forth herein. Nothing in this Stipulation and Order shall be construed as a waiver of any rights or an admission of any matter. The Parties expressly reserve all rights, claims, and defenses in this action.

Date: July 5, 2017

**SANTORO WHITMIRE**

*/s/Oliver J. Pancheri*
NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
101000 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
opancheri@santoronevada.com
jsmith@santoronevada.com
*Attorneys for Plaintiff Desert Palace, Inc.*

Date: July 5, 2017

**HOGAN HULET PLLC**

*/s/ Kenneth E. Hogan*
KENNETH E. HOGAN, ESQ.
Nevada Bar No. 10083
JEFFREY L. HULET, ESQ.
Nevada Bar No. 10621
1140 N. Town Center Drive, Suite 300
Las Vegas, Nevada 89144
Tel.: (702) 800-5482 / Fax: (702) 800-5482
Email: ken@h2legal.com
jeff@h2legal.com
*Attorneys for Defendant Andrew P. Michael*

IT IS SO ORDERED:

_____
U.S. District Judge Jennifer Dorsey
July 6, 2017