**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DESERT PALACE, INC., d/b/a CAESARS PALACE, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:16-cv-00462-JAD-GWF |
| vs. | ) ) | **ORDER** |
| ANDREW P. MICHAEL, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

This matter is before the Court on Defendant's Motion to Extend Time to File Response to Motion for Order to Show Cause (ECF No. 89), filed on July 28, 2017. Defendant requests an extension until August 4, 2017 to file his response to Plaintiff's Motion for Order to Show Cause. The Court finds good cause to grant the requested extension. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Extend Time to File Response to Motion for Order to Show Cause (ECF No. 89) is **granted**. Defendant shall file his response no later than **August 4, 2017**.

DATED this 2nd day of August, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge