**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DESERT PALACE, INC., d/b/a CAESARS PALACE, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW P. MICHAEL, <br><br> Defendant. | Case No. 2:16-cv-00462-JAD-GWF <br><br> **ORDER** |

This matter is before the Court on Defendant's Request for Exemption to Personal Appearance at Settlement Conference (ECF No. 93), filed on August 10, 2017. Plaintiff filed a Response (ECF No. 96) on August 18, 2017.

Defendant requests that he be allowed to appear at the settlement conference telephonically because he is a resident of London, England and because he is "not well." Plaintiff objects to Defendant's request and suggests that the Court postpone the settlement conference to a date when Defendant would be able to appear. The Court finds that Defendant's personal appearance at the settlement conference is necessary and will therefore vacate and reschedule the settlement conference. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Request for Exemption to Personal Appearance at Settlement Conference (ECF No. 93) is **denied**.

**IT IS FURTHER ORDERED** that the settlement conference scheduled for August 30, 2017 is hereby VACATED.

. . .

. . .

**IT IS FURTHER ORDERED** that a telephonic status conference is scheduled for <u>**Wednesday, August 30, 2017 at 9:30 a.m.**</u> in Las Vegas Courtroom 3A. The parties will discuss rescheduling the settlement conference. The parties are instructed to call telephone number: **(888) 251-2909, access code 7771745** five (5) minutes prior to the hearing time. Please remain on the line until such time as the Court joins the call and convenes the proceedings. The use of a cell phone or speaker phone during the call is **prohibited**. *The call must be made using a land line.*

DATED this 21st day of August, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge