# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DESERT PALACE, INC., d/b/a CAESARS PALACE,

Plaintiff,

vs.

ANDREW P. MICHAEL,

Defendant.

Case No. 2:16-cv-00462-JAD-GWF

**ORDER**

This matter is before the Court on the parties' Stipulation to Amend Discovery Plan and Scheduling Order (ECF No. 106), filed on September 7, 2017.

Despite footnote one in the parties' stipulation, the Court is unclear whether the parties wish to extend the discovery deadlines and still litigate Defendant's motion to stay. If the parties still wish to litigate the motion to stay, the Court will rule on that motion and then, based on that ruling, the Court will determine what, if any, extension of discovery is appropriate. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Stipulation to Amend Discovery Plan and Scheduling Order (ECF No. 106) is **denied**, without prejudice.

DATED this 8th day of September, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge