# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DESERT PALACE, INC., d/b/a CAESARS PALACE,

        Plaintiff,

vs.

ANDREW P. MICHAEL,

        Defendant.

Case No. 2:16-cv-00462-JAD-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion to Amend Discovery Plan and Scheduling Order (ECF No. 109), filed on September 21, 2017. Defendant filed his Response (ECF No. 112) on September 29, 2017. Plaintiff filed its Reply (ECF No. 114) on October 5, 2017.

Pursuant to Fed.R.Civ.P. 6(b) and LR 26, extensions of time may be granted for good cause shown. Defendant requests an 120 day extension of the discovery deadlines. The Court finds that Plaintiff has shown good cause to extend the discovery deadlines in this matter. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend Discovery Plan and Scheduling Order (ECF No. 109) is **granted**. The following discovery plan and scheduling order dates shall apply:

    1.    Interim Status Report: **December 29, 2017**

    2.    Last day to amend pleadings or add parties: **January 29, 2018**

    3.    Discovery cut-off: **February 28, 2018**

    4.    Dispositive Motions: **March 28, 2018**

. . .

. . .

5. Pre-trial Order: **April 28, 2018**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 13th day of October, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge