# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DESERT PALACE, INC., d/b/a CAESARS PALACE, )
)
               Plaintiff, )   Case No. 2:16-cv-00462-JAD-GWF
)
vs. )   **ORDER**
)
ANDREW P. MICHAEL, )
)
               Defendant. )
_____)

This matter is before the Court on Plaintiff's Motion to Amend Discovery Plan and Scheduling Order (ECF No. 143), filed on January 8, 2018. The Court issued a Minute Order on January 9, 2018 wherein the Court ordered Defendant to file an opposition, if any, no later than January 16, 2018. *See* ECF No. 144. The Court stated that if no opposition was received, Plaintiff's motion would be granted. *Id.* Defendant did not file an opposition by the ordered deadline. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend Discovery Plan and Scheduling Order (ECF No. 143) is **granted**. The following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery: **June 28, 2018**
2. Last date to amend pleadings and add parties: **May 29, 2018**
3. Last date to file interim status report: **April 27, 2018**
4. Last date to file dispositive motions: **July 27, 2018**
7. Last date to file joint pretrial order: **August 24, 2018**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

**IT IS FURTHER ORDERED** the disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

**IT IS FURTHER ORDERED** applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend discovery shall be received no later than twenty-one (21) days before the expiration of the subject deadline, and shall fully comply with the requirements of LR 26-4. The Court reserves the right to conduct a status conference for any application to extend the discovery cutoff.

DATED this 17th day of January, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge