UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DESERT PALACE, INC. d/b/a CAESARS PALACE, a Nevada Corporation,<br><br>  Plaintiff,<br>v.<br>ANDREW P. MICHAEL,<br><br>  Defendant. | Case No. 2:16-cv-00462-JAD-GWF<br><br>**ORDER** |

This matter is before the Court parties' Stipulation to Amend Discovery Plan and Scheduling Order (ECF No. 167), filed May 4, 2018.

The parties have had sufficient time to complete discovery and have failed to demonstrate good cause as why discovery should be extended. In the event future discovery is necessary based on the Court's decision regarding pending motions or the decision on Defendant's appeal, the parties may move to reopen discovery at that time. Accordingly,

**IT IS HEREBY ORDERED** parties' Stipulation to Amend Discovery Plan and Scheduling Order (ECF No. 167) is **denied**.

Dated this 9th day of May, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE