# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Desert Palace, Inc.

                                            JUDGMENT IN A CIVIL CASE

                   Plaintiff,

v.                                       Case Number:   2:16-cv-00462-JAD-DJA

Andrew Michael

                  Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered in favor of Caesars and against Michael in the amount of $4,955,936.20.

 

February 5, 2020                                             DEBRA K. KEMPI
Date                                                            Clerk

                                                                           /s/ J. Matott
                                                                           Deputy Clerk