AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Desert Palace, Inc.,

                    Plaintiff,

      v.

Andrew P. Michael,

                  Defendant.

JUDGMENT IN A CIVIL CASE FOR ATTORNEY'S FEES

Case Number: 2:16-cv-00462-JAD-DJA

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that attorneys fees are awarded in favor of Desert Palace in the amount of $392,710.00.

8/6/2020
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ M. Reyes
_____
Deputy Clerk